No. 5888.—Santos, aplte., *v.* Martinó, apldo.—C. D. Bayamón. Diciembre 11, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes, apareciendo que la sentencia apelada fué dictada con fecha 21 de octubre de 1931 y notificada al apelante en el mismo día, que el escrito de apelación fué radicado en 20 de noviembre de 1931 y notificado a la parte contraria fuera de término, el día 21 de noviembre de 1931 por correo certificado, examinados los casos citados por el apelante, o sean *Tettamauzi et al.* v. *Zeno,* 24 D.P.R. 53; *Noriega* v. *Sucesión Colón,* 40 D.P.R. 452 y *Mitchell* v. *California,* 154 Cal. 734, y especialmente el último a la luz de la Ley No. 27, aprobada en 27 de noviembre de 1917, página 275, enmendada por la Ley No. 81, de junio 26, 1919, página 675, por la cual no se ha cambiado el período dentro del cual es requisito esencial para perfeccionar una apelación tanto la notificación del escrito de apelación como la radicación de ésta en la secretaría de la corte de distrito, se desestima por falta de jurisdicción el presente recurso.

No. 5270.—Schlüter, Etc., aplte., *v.* La Sucesión de Benigno Díaz, aplda.—C. D. San Juan. Junio 23, 1931.

No habiendo el apelante perfeccionado el recurso que para ante la Corte de Circuito de Apelaciones de los Estados Unidos para el Primer Circuito se admitió en marzo 31, 1931, se declara con lugar la anterior moción sobre desistimiento, y envíese el mandato a la corte de distrito.